IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UKYONG CHONG, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 21 CV 00931 |
| | ) | |
| LEADCRUNCH Inc. | ) | Judge Manish S. Shah |
| A Delaware Corporation, | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

Plaintiff, Ukyong Chong, and defendant, LeadCrunch, Inc., a Delaware Corporation by and through their respective counsels, jointly stipulate to the dismissal of this action, with prejudice, each party having borne their own costs and expenses.

DATE: May 27, 2022

Jointly and respectfully submitted by:

/ s Patrick J. Gorman  /s Courtney Adair

Dennis R. Favaro  Thadford A. Felton
dfavaro@favarogorman.com  taf@greensfelder.com
Patrick J. Gorman  Courtney Adair
pgorman@favarogorman.com  cadair@greensfelder.com

Favaro & Gorman, Ltd.  Greensfelder, Hemker & Gale, P.C.
9510 Turnberry Trail  200 W. Madison St., Suite 3300
Lakewood, Illinois 60014  Chicago, Illinois 60606
(815) 477-1110  (312) 419-9090